# United States District Court
EASTERN DISTRICT OF WISCONSIN

BENJAMIN BROWN,

          Plaintiff,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-1752

INTEGRITY SENIOR LIVING, LLC,

          Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that Benjamin Brown is awarded the amount of $130.00 in overtime wages, inclusive of liquidated damages, together with attorneys' fees and costs in the amount of $7,440.00.

                                      Approved:  s/ William C. Griesbach
                                                       WILLIAM C. GRIESBACH
                                                       United States District Judge

Dated:  July 21, 2020

                                                       GINA M. COLLETTI
                                                       Clerk of Court

                                                       s/ Terri Lynn Ficek
                                                       (By) Deputy Clerk